**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sidney Derrod EVANS, a/k/a Dooley,**
**Defendant–Appellant.**

**No. 10–6641.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Sidney Derrod Evans, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney Derrod Evans appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Evans,* No. 2:02–cr–00225–JBF–2 (E.D. Va. filed Mar. 26, 2010 & entered Mar. 29, 2010); *see also Dillon v. United States,* —— U.S. ——, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (holding that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), does not apply to § 3582(c)(2) proceedings). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*